```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JONATHAN J. CAVALEA,

                    Plaintiff,

     -against-                        MEMORANDUM AND ORDER
                                      10-CV-4602 (JS)(WDW)
DR. JANE, NURSE SOSA, WARDEN OF
SUFFOLK COUNTY JAIL, SUFFOLK COUNTY
DEPARTMENT OF HEALTH SERVICES,
SUFFOLK COUNTY SHERIFF'S OFFICE,
NEW YORK STATE, SUFFOLK COUNTY CLERK,
SUFFOLK COUNTY,
                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:     Jonathan J. Cavalea, Pro Se
                   8 Hyanis Court
                   Mount Sinai, New York 11766

For Defendants:    No Appearances
```

SEYBERT, District Judge:

On February 28, 2011, the Court issued an Order: (i) granting Plaintiff's application to proceed in forma pauperis; (ii) dismissing the Complaint, with prejudice, as against New York State, the Suffolk County Department of Health Services and the Suffolk County Sheriff's Office; and (iii) dismissing the Complaint, without prejudice and with leave to file an Amended Complaint, as against Dr. Jane, Nurse Sosa, Warden of Suffolk County Jail, Suffolk County Clerk, and Suffolk County. The Court, however, neglected to set a deadline for Plaintiff to file an Amended Complaint. It does so now. Plaintiff must file his Amended Complaint by July 5, 2011. If Plaintiff fails to file an Amended Complaint by that deadline, the Court will direct the Clerk

of the Court to close this case.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff's last known address.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   May 16, 2011
         Central Islip, New York